UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POURAN MIRTAHERI,<br><br>Plaintiff,<br><br>v.<br><br>SF MARKETS, LLC and APOLLO GLOBAL MANAGEMENT, INC.,<br><br>Defendants,<br><br>v.<br><br>SINGLE SOURCE SECURITY, INC. dba PROTOS SECURITY,<br><br>Third-Party Defendant. | Case No. 2:20-cv-05351-SB-RAO<br><br>**FINAL JUDGMENT** |

  For the reasons set forth in (1) the order denying permissive joinder and remand entered on November 17, 2021, which also dismissed Plaintiff's claims against Defendant Apollo Global Management, Inc., (2) the order granting Defendant SF Markets, LLC's (improperly named as Sprouts Farmer's Market, Inc.) motion for summary judgment entered on December 29, 2021, and (3) the stipulation of dismissal as to Defendant SF Markets, LLC's claims against Third-Party Defendant Single Source Security Inc. dba Protos Security entered this day, it is

  ORDERED AND ADJUDGED that Plaintiff Pouran Mirtaheri shall take nothing on her claims against Defendant SF Markets, LLC, and Plaintiff's claims against Defendant SF Markets, LLC are DISMISSED on the merits with prejudice. It is further

ORDERED AND ADJUDGED that Plaintiff Pouran Mirtaheri's claims against Defendant Apollo Global Management, Inc. are DISMISSED without prejudice for lack of prosecution.  It is further

ORDERED AND ADJUDGED that Defendant SF Markets, LLC's claims against Third-Party Defendant Single Source Security Inc. dba Protos Security are DISMISSED without prejudice pursuant to the parties' stipulation.

This is a Final Judgment.

Dated:  March 25, 2022

Stanley Blumenfeld, Jr.
United States District Judge